**Fill in this information to identify the case:**

Debtor name  PCH Communications, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known):   16-17186-LMI

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................ $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ........................................................ $ _____ 2,118,488.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .......................................................... $ _____ 2,118,488.00

---

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............ $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...................................... $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................. + $ _____ 17,769,921.63

4. **Total liabilities** ...................................................................................... $ _____ 17,769,921.63
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name   PCH Communications, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an
amended filing

---

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**                                                                                              $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Fifth Third | Checking | _____ | $_____ 0.00 |
| 3.2. _____ | _____ | _____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**                                                                        $_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____     $_____
   7.2. _____     $_____

Debtor    PCH Communications, LLC
        Name                                                    Case number (if known) 16-17186-LMI

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☒ Yes. Fill in the information below.

                                                **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less: _____ – _____ = ........ →    $_____
                                face amount        doubtful or uncollectible accounts

   11b. Over 90 days old: _____7,028,292.00_____ – _____4,919,804.00_____ = ........ →    $     2,108,488.00
                                face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $     2,108,488.00

## Part 4: Investments

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                           **Valuation method used for current value**     **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____    _____    $_____

   14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                    % of ownership:

   15.1._____    _____%    _____    $_____

   15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____

   16.2._____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    $_____

Schedule A/B: Assets — Real and Personal Property

Debtor    PCH Communications, LLC
_____
          Name

Case number (if known)    16-17186-LMI

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Schedule A/B: Assets — Real and Personal Property

Debtor  PCH Communications, LLC
 _____
 Name

Case number (if known) 16-17186-LMI

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment | $_____ | _____ | $        10,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$        10,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Schedule A/B: Assets — Real and Personal Property

Debtor    PCH Communications, LLC
_____
Name

Case number (*if known*)___16-17186-LMI_____

---

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2006 Toyota 4Runner | $         5,000.00 | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☒ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Schedule A/B: Assets — Real and Personal Property

Debtor    PCH Communications, LLC
_____
Name

Case number (if known)___16-17186-LMI_____

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1  600 W. Fulton Street, 4th Floor, Chicago, IL  60661 | Lessee | $_____ | _____ | $_____ |
| 55.2  228 E. 45th Street, 14th Floor, New York, NY | Lessee | $_____ | _____ | $_____ |
| 55.3 | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

| $_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☒ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** <br> Customer List | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

Schedule A/B: Assets — Real and Personal Property

Debtor   PCH Communications, LLC
         _____          Case number (if known) 16-17186-LMI
         Name                                              _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____  _____  —  _____  = ➔  $_____
                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____
                                             Tax year _____    $_____

73. **Interests in insurance policies or annuities**
D&O Insurance with AIG and E&O Insurance with Axis Insurance Co      $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____      $_____

Nature of claim          _____

Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____      $_____

Nature of claim          _____

Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____      $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____      $_____
_____      $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Schedule A/B: Assets — Real and Personal Property

Debtor    PCH Communications, LLC
          _____
          Name

Case number (if known)    16-17186-LMI
                          _____

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,108,488.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................ ➜ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 2,118,488.00 | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................    $ 2,118,488.00

Schedule A/B: Assets — Real and Personal Property

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>PCH Communications, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number (<em>if known</em>):</td><td>2016-17186(LMI)</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/05/2016
              MM / DD / YYYY

✗ /s/ _____
Signature of individual signing on behalf of debtor

/s/    David Panton
Printed name

Board Chairman
Position or relationship to debtor

**Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  PCH Communications, LLC

United States Bankruptcy Court for the:  Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**  Creditor's name
_____

Describe debtor's property that is subject to a lien
_____

$_____    $_____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**  Creditor's name
_____

Describe debtor's property that is subject to a lien
_____

$_____    $_____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>PCH Communications, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number<br>(If known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor    PCH Communications, LLC _____    Case number (if known) 16-17186-LMI _____
           Name

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>0957 BRIGHT HOUSE NETWORK, s/Brevard-Cable | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 20,827.55 |
| | Date or dates debt was incurred  _____<br>Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>101 Media Lab Limited<br>12/F LMK Development Est.,<br>10-16 Kwai Ting Road Hong Kong<br>Hong Kong<br>HONG KONG | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 75,000.00 |
| | Date or dates debt was incurred  _____<br>Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>1448 BRIGHT HOUSE NETWORK, s/Volusia-Cable | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 18,961.80 |
| | Date or dates debt was incurred  _____<br>Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>1790 CORAL WAY HOLDINGS,LLC<br>1790 CORAL WAY<br>0<br>MIAMI, FL 33145 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 82,624.90 |
| | Date or dates debt was incurred  _____<br>Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>21st Century Hustle, Inc.<br>416 Macdonough St.<br>0<br>Brooklyn, NY 11233 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 250.00 |
| | Date or dates debt was incurred  _____<br>Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>360 MEDIAWATCH LLC<br>14-25 33 ROAD<br>0<br>ASTORIA, NY 11106 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTS PAYABLE | $ 3,075.00 |
| | Date or dates debt was incurred  _____<br>Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___PCH Communications, LLC_____     Case number (if known) ___16-17186-LMI_____
       Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** ___ Nonpriority creditor's name and mailing address
    5 KIDS ENTERTAINMENT LLC
    10045 NW 46th STREET # 108
    0
    DORAL, FL 33178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____5,000.00

Basis for the claim: __ACCOUNTS PAYABLE__

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.8** ___ Nonpriority creditor's name and mailing address
    620 Decatur LLC
    620 Decatur
    0
    New Orleans, LA 70116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____678.60

Basis for the claim: __ACCOUNTS PAYABLE__

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.9** ___ Nonpriority creditor's name and mailing address
    9407-TV
    TIME WARNER CABLE MEDIA RALEIGH
    PO BOX 27908
    NEW YORK, NY 10087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____2,703.00

Basis for the claim: __ACCOUNTS PAYABLE__

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.10** ___ Nonpriority creditor's name and mailing address
    9812 DIRECTV, INC., Comcast/DirecTV- I+ Miami IC,-Cable
    P.O. BOX 60036
    0
    LOS ANGELES, CA 90060-0036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____1,224.00

Basis for the claim: __ACCOUNTS PAYABLE__

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.11** ___ Nonpriority creditor's name and mailing address
    A. Arnold Of Kansas City, LLC
    15761 S Keeler St.
    0
    Olathe, KS 66062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____290.65

Basis for the claim: __ACCOUNTS PAYABLE__

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | | Case number (if known) | 16-17186-LMI |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**    Nonpriority creditor's name and mailing address

Aaron Harris
600 W Fulton
4th Floor
Chicago, IL 60661

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.52

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13**    Nonpriority creditor's name and mailing address

Abrokwa, Ishmael
3000 S Archer Street
3A
Chicago, IL 60608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,067.14

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14**    Nonpriority creditor's name and mailing address

AC Nielsen Corporation
85 Broad Street
0
New York, NY 10004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,474.77

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15**    Nonpriority creditor's name and mailing address

Adconion Direct, Inc

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51,125.19

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16**    Nonpriority creditor's name and mailing address

ADT Security Services
P.O. Box 371878
0
Pittsburg, PA 15250-7878

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.84

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | PCH Communications, LLC | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**     Nonpriority creditor's name and mailing address

ADVANCED VIDEO COMMUNICATIONS

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 12,300.00

Basis for the claim: ACCOUNTS PAYABLE

**Date or dates debt was incurred** _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____

---

**3.18**     Nonpriority creditor's name and mailing address

ADVANTAGE SOFTWARE COMPANY
119 Backstretch Lane
0
Mooresville, NC 28117

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,399.72

Basis for the claim: ACCOUNTS PAYABLE

**Date or dates debt was incurred** _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____

---

**3.19**     Nonpriority creditor's name and mailing address

ADVENTURES IN NEW DESIGN
405 S. MIAMI STREET
0
FORKED RIVER, NJ 8731

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 224.34

Basis for the claim: ACCOUNTS PAYABLE

**Date or dates debt was incurred** _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____

---

**3.20**     Nonpriority creditor's name and mailing address

Advertising Digital Identifications, LLC
11020 David Taylor Dr.
Suite 305
Charlotte, NC 28262-1103

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 190.00

Basis for the claim: ACCOUNTS PAYABLE

**Date or dates debt was incurred** _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.21**     Nonpriority creditor's name and mailing address

Afropunk ATL 2015 LLC
507 S Gay St Ste. 1100
0
Knoxville, TN 37902

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 675.00

Basis for the claim: ACCOUNTS PAYABLE

**Date or dates debt was incurred** _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____

---

| Debtor | PCH Communications, LLC | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

AL Smith MC James LLC
33 Pacific Avenue
0
Jersey City, NJ 7304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,568.75

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Alarcon, Lucero
603 Chester Ave
1st Floor
Roselle Park, NJ 07204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,543.68

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Alejandra Carrera
431 W Barry Ave Apt #332
0
Chicago, IL 60657

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 776.65

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Alice Haberman Ellis
1782 Bryn Mawr Avenue
0
Santa Monica, CA 90405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,126.53

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Allen, Erik
560 W 43rd St.
#42C
New York, NY 10036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,554.09

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** __ Nonpriority creditor's name and mailing address

AllOver Media, Inc.
PO Box 5417
0
Carol Stream, IL 60197-5417

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    1,003.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.28** __ Nonpriority creditor's name and mailing address

Alvarez, Diana
905 Brickell Bay Dr
1730
Miami, FL 33131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    1,180.94

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.29** __ Nonpriority creditor's name and mailing address

Alvarez, Lucia
2422 SW 128th Ave
Miami, FL 33175

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    522.17

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.30** __ Nonpriority creditor's name and mailing address

Amado Rodriguez, Rosana
8956 W Flagler St
# 204
Miami, FL 33174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    893.08

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.31** __ Nonpriority creditor's name and mailing address

American Electronics Entertainment, Inc.
1073 Huff Road NW
Suite A
Atlanta, GA 30318

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    260.40

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32**    Nonpriority creditor's name and mailing address

American Express@Work
American Express TRS Co, Inc
Corporate Card CTX Account C/O Mellon TR of New England, NA
Boston, MA 2108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 379.72

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.33**    Nonpriority creditor's name and mailing address

American Furniture Rentals, Inc.
PO Box 65035
0
Baltimore, MD 21264-5035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,999.78

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.34**    Nonpriority creditor's name and mailing address

American Security & Protection, Inc.
13 Pembrook Ct.
0
Flossmoor, IL 60422

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.35**    Nonpriority creditor's name and mailing address

Amobee
PO Box 845085
0
Los Angeles, CA 90084-5085

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76,682.59

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.36**    Nonpriority creditor's name and mailing address

AmTrust North America
PO Box 6939
0
Cleveland, OH 44101-1939

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,497.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | PCH Communications, LLC | | Case number (if known) | 16-17186-LMI |
|--------|-------------------------|--|------------------------|--------------|
| | Name | | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37**   Nonpriority creditor's name and mailing address

Animated Storyboards, Ltd.
1001 6th Ave, 24th Floor
0
New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    22,260.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred                    _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.38**   Nonpriority creditor's name and mailing address

Anna Otieno
125 E 13th St #915
0
Chicago, IL 60605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                       216.49

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred                    _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.39**   Nonpriority creditor's name and mailing address

Another Country
515 N. State St., 25th Floor
0
Chicago, IL 60654

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    215,598.23

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred                    _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40**   Nonpriority creditor's name and mailing address

Anthony O'Neil
600 W Fulton
4th Floor
Chicago, IL 60661

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                       277.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred                    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.41**   Nonpriority creditor's name and mailing address

ANTONIO RIVERA
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                     1,239.32

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred                    _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    PCH Communications, LLC _____    Case number (if known) __16-17186-LMI__
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

3.42 ____    Nonpriority creditor's name and mailing address

AON/Albert G. Ruben Insurance Services, Inc.
171 Madison Ave.
Suite 401
New York, NY 10016

As of the petition filing date, the claim is:    $_____1,274.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.43 ____    Nonpriority creditor's name and mailing address

Apogee Events Inc.
2 Desbrosses St.
0
New York, NY 10013

As of the petition filing date, the claim is:    $_____6,020.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.44 ____    Nonpriority creditor's name and mailing address

Apple Financial Services
PO Box 532617
0
Atlanta, GA 30353-2617

As of the petition filing date, the claim is:    $_____961.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.45 ____    Nonpriority creditor's name and mailing address

Apple Financial Services-90136524784
PO Box 644207
0
Pittsburgh, PA 15264-4207

As of the petition filing date, the claim is:    $_____889.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

3.46 ____    Nonpriority creditor's name and mailing address

APPLEGATE AGENCY MODELS & TALENT,INC
1336 TYLER STREET
0
HOLLYWOOD, FL 33019

As of the petition filing date, the claim is:    $_____660.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Aquatechniques
180 Miller Place
0
Hicksville, NY 11801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 163.31

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

ARACELI LORENA VAZQUEZ ROMERO
53  4 TH ST # 3 E
0
HOBOKEN, NJ 7030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 152.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Aramark
25259 Network Place
0
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 695.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Aresu Photography
241 West 37th St.
#604
New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 158.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

ARIEL PARK
230 E. 29th STREET APT.20
0
NEW YORK, NY 10016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 2,450.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|--------|--------------------------|------------------------|--------------|
|        | Name                     |                        |              |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address
ARMED FORCES COMMUNICATIONS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49,870.35

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.53** Nonpriority creditor's name and mailing address
Arthur, Breanna
210 Bristol Street
Brooklyn, NY 11212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 853.71

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.54** Nonpriority creditor's name and mailing address
Artists & Brands LLC
PO BOX 11224
0
Chicago, IL 60611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.55** Nonpriority creditor's name and mailing address
Arts Council Of New Orleans
935 Gravier Street, Suite 850
0
New Orleans, LA 70112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,844.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.56** Nonpriority creditor's name and mailing address
Associated Production Music LLC
6255 Sunset Blvd.
Suite 900
Hollywood, CA 90028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,740.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address
AT & T MOBILITY
P.O. BOX 6463
0
CAROL STREAM, IL 60197-6463

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 754.51

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.58** Nonpriority creditor's name and mailing address
AT&T U-VERSE, Bright House Net/ATT-Brevard Z
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 8,690.12

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.59** Nonpriority creditor's name and mailing address
AT&T U-VERSE, Bright House Net/ATT-Volusia Z
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 7,508.90

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.60** Nonpriority creditor's name and mailing address
Aubrey Flynn
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 108.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.61** Nonpriority creditor's name and mailing address
AUBREY WALKER III
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ -484.45

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   PCH Communications, LLC
         _____
         Name

Case number (if known)   16-17186-LMI

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62**    Nonpriority creditor's name and mailing address

AVAYA FINANCIAL SERVICES
P.O. BOX 93000
0
CHICAGO, IL 60673-3000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 1,462.04

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.63**    Nonpriority creditor's name and mailing address

Bagley Savolainen, Yung
3028 W Birchwood
Chicago, IL 60645

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

$ 3,522.59

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.64**    Nonpriority creditor's name and mailing address

Bahamou, Kareema
117 NW 42nd Avenue
#1200
Miami, FL 33126

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

$ 1,004.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.65**    Nonpriority creditor's name and mailing address

BALLAST, LLC
4024 SHADY VIEW LANE
0
TALLAHASSEE, FL 32311

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 8,006.25

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.66**    Nonpriority creditor's name and mailing address

Bank of America - AI - 5474/4240
P.O. Box 15796
0
Wilmington, DE 19886-5796

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 602.04

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address

Bank of America - SW - 5474/6688
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 183.37

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Barclay, Michael
3923 N Ashland Ave
Apt 2
Chicago, IL 60617

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AN[

$ 2,797.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

Basnight, Emanuel
1919 S Michigan Ave
#204
Chicago, IL 60616

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AN[

$ 3,211.78

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

BATANGA NETWORK
2121 Ponce de Leon BLVD Suite 800
0
Coral Gables, FL 33134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 2,638.57

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

BCM One
P.O. Box 36204
0
Newark, NJ 07188-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 4,262.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**   Nonpriority creditor's name and mailing address

Beat Studios LLC
372 W. Ontario 6th Floor
0
Chicago, IL 60654

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 14,550.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.73**   Nonpriority creditor's name and mailing address

Beatriz M. Ferrer- Vidal
30 Lane Drive
0
Englewood, NJ 7631

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 2,115.52

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.74**   Nonpriority creditor's name and mailing address

Beckrose Estates, LLC
Steinberg & Pokoik Mgmt. Corp.
575 Madison Avenue, 7th Floor
New York, NY 10022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 54,481.91

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.75**   Nonpriority creditor's name and mailing address

Bell, Nina
11436 Twin Lakes Dr
Orland Park, IL 60467

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  WAGES, SALARIES, AND

$ 1,657.69

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.76**   Nonpriority creditor's name and mailing address

BIDTELLECT
777 EAST ATLANTIC AVENUE SUITE 312
0
DELRAY BEACH, FL 33483

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 25,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | | Case number (if known) | 16-17186-LMI |
|--------|-------------------------|--|------------------------|--------------|
| | Name | | | |

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77**   Nonpriority creditor's name and mailing address

Big Game Investments, LLC
930 SW 42 Ave.
0
Miami, FL 33134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 4,580.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.78**   Nonpriority creditor's name and mailing address

Blue Street Capital, LLC
2120 Main Street
Suite 160
Huntington Beach, CA 92648

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 19,480.42

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.79**   Nonpriority creditor's name and mailing address

Bluford, Jennifer
125 E 13th St
Chicago, IL 60605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  WAGES, SALARIES, AN[

$ 1,837.14

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.80**   Nonpriority creditor's name and mailing address

BMW Financial Services
P.O. Box 9001065
0
Louisville, KY 40290-1065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

$ 1,597.07

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.81**   Nonpriority creditor's name and mailing address

Boada, Jorge
1901 Brickell Avenue
#B - PH11
Miami, FL 33129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  WAGES, SALARIES, AN[

$ 2,828.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|--------|------------------------|------------------------|--------------|
| | Name | | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82**    Nonpriority creditor's name and mailing address

BOHEMIAM SOUND, INC
216 CATALONIA AVENUE
SUITE 100
CORAL GABLES, FL 33134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 550.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.83**    Nonpriority creditor's name and mailing address

BRAD ZIFFER PRODUCTIONS, LLC
21 RALPH ROAD
0
W ORANGE, NJ 7052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,400.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.84**    Nonpriority creditor's name and mailing address

BRADENTON HERALD
PO BOX 921
0
BRADENTON, FL 34206-0921

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,973.77

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.85**    Nonpriority creditor's name and mailing address

Bradford, Erika
1957 W Superior St
#2R
Chicago, IL 60622

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,013.35

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.86**    Nonpriority creditor's name and mailing address

Braithwaite, Amar
240 E 46th St
New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,774.56

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** Nonpriority creditor's name and mailing address

Brand Activation Association, Inc.
650 First Avenue
Suite 2-SW
New York, NY 10016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 4,450.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

BrandMuscle, Inc.
1100 Superior Ave., Suite 500
0
Cleveland, OH 44114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 49,200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address

Brewer, Khalia
4322 N Kenmore
Apt 4C
Chicago, IL 60613

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

$ 973.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Brian S Atwood Voice-Overs
2580 Chestnut Lane
0
Easton, PA 18040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 2,000.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

Bridget Cullerton
600 W Fulton
4th Floor
Chicago, IL 60661

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 16.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | PCH Communications, LLC | Case number (*if known*) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92**    Nonpriority creditor's name and mailing address

Bridget K Botchway Bradley
1020 W 20th Place
Apt 1F
Chicago, IL 60608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,584.52

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.93**    Nonpriority creditor's name and mailing address

BRIGHT HOUSE , Central Fla Int/Orlando-Dayton
PO BOX 26684
0
TAMPA, FL 33623-6684

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 236,885.95

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.94**    Nonpriority creditor's name and mailing address

BRIGHT HOUSE NETWORK, Middle Pi
PO BOX 70
0
SARASOTA, FL 34230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 335.75

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.95**    Nonpriority creditor's name and mailing address

BRIGHT HOUSE NETWORK, s/Manatee,
PO BOX 26684
0
TAMPA, FL 33623-6684

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,032.63

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.96**    Nonpriority creditor's name and mailing address

Brown, Carron
8414 Fordham Rd
Los Angeles, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,445.10

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97**    Nonpriority creditor's name and mailing address

Brown, Daeshaunn
600 N McClurg Ct
#3505A
Chicago, IL 60611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,715.72

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.98**    Nonpriority creditor's name and mailing address

Brown-Watts, Kristina
3822 S Ellis Ave
#301
Chicago, IL 60653

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,727.07

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.99**    Nonpriority creditor's name and mailing address

Burgel, Fernanda G.
1049 North Wolcott
#1F
Chicago, IL 60622

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,864.90

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.100**    Nonpriority creditor's name and mailing address

Burnett, Antonio
6932 S Bell
Chicago, IL 60636

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,064.69

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.101**    Nonpriority creditor's name and mailing address

BURRELLES LUCE
30 B VREELAND ROAD/ P.O.Box 674
0
FLORHAM PARK, NJ 7932

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,403.05

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102** Nonpriority creditor's name and mailing address
CA3320

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 22,418.75

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address
CA9003

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,542.75

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address
CA9222

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,657.50

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address
CA9407

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 9,336.40

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address
CA9613

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 6,353.75

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107**    Nonpriority creditor's name and mailing address

CA9686

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,950.00

---

**3.108**    Nonpriority creditor's name and mailing address

CA9747

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,060.00

---

**3.109**    Nonpriority creditor's name and mailing address

Cabrera, Janis
3792 Cocoplum Cir.
Coconut Creek, FL 33063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 716.95

---

**3.110**    Nonpriority creditor's name and mailing address

Cadena, Henry
11815 Red Hummingbir
Houston, TX 77047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,709.50

---

**3.111**    Nonpriority creditor's name and mailing address

Canon Financial Services, Inc.
14904 Collections  Center Drive
0
Chicago, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,025.20

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112**    Nonpriority creditor's name and mailing address

Carey International
0
0
0 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.113**    Nonpriority creditor's name and mailing address

CAREY KANE
10955 SW 85 th AVE
0
MIAMI, FL 33156

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114**    Nonpriority creditor's name and mailing address

CARLA TRUM-MERCADO
20 STUYVESANT OVAL # 7F
0
NEW YORK, NY 10009

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 439.62

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.115**    Nonpriority creditor's name and mailing address

CARR Business Systems Inc
PO Box 28330
0
New York, NY 10087-8330

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 757.78

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.116**    Nonpriority creditor's name and mailing address

Carr, Timothy
334 S Walnut St
Bensenville, IL 60106

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,662.36

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.117**  Nonpriority creditor's name and mailing address

Casmon, John
1947 W Bradley Pl
#2
Chicago, IL 60613

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ 2,667.85

---

**3.118**  Nonpriority creditor's name and mailing address

Castelo, Aristotle
1305 S Michigan Ave
#1310
Chicago, IL 60605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ 1,657.69

---

**3.119**  Nonpriority creditor's name and mailing address

Castillo Garcia, Alvaro
61 NW 34TH AVE
Miami, FL 33125 4926

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ 683.80

---

**3.120**  Nonpriority creditor's name and mailing address

Castor, Rony
701 S Wells St
#1205
Chicago, IL 60607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ 2,020.31

---

**3.121**  Nonpriority creditor's name and mailing address

Catch The Moment
8850 Jameel Road
Ste. 170A
Houston, TX 77040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ 0.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  PCH Communications, LLC
_____
Name

Case number (if known)  16-17186-LMI
_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.122** Nonpriority creditor's name and mailing address

CC. LIMARDO PRODUCTION
dba/ELITE MUSIC STUDIOS
216 CATALONIA AVE, SUITE 110
CORAL GABLES, FL 33134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                7,600.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    _____

---

**3.123** Nonpriority creditor's name and mailing address

CCP Catering & Hospitality LLC
2424 East York Street
0
Philadelphia, Pa 19125

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$              22,005.48

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    _____

---

**3.124** Nonpriority creditor's name and mailing address

Center Stage Entertainment LLC
1374 West Peachtree St.
0
Atlanta, GA 30309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                3,000.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    _____

---

**3.125** Nonpriority creditor's name and mailing address

CENTERPLATE
655 WEST 34TH STREET
0
NEW YORK, NY 10001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                1,300.54

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.126** Nonpriority creditor's name and mailing address

CENTRAL DESKTOP,INC
P.O. BOX 844845
0
LOS ANGELES, CA 90084-4845

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$              28,380.72

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    _____

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127**   Nonpriority creditor's name and mailing address

CENTRO TAMPA TRIBUNE NEWSPAPER
P.O. BOX 85000
RICHMOND

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 870.90

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.128**   Nonpriority creditor's name and mailing address

Cepero, Jonathan
806 Oak Reserve Lane
Winter Park, FL 32792

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

$ 870.29

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.129**   Nonpriority creditor's name and mailing address

Cepero, Lourdes
8822 NW 147 Lane
Miami Lakes, FL 33018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

$ 1,574.81

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.130**   Nonpriority creditor's name and mailing address

CHEREESE NEWTON-GRIFFIN
0
0
0 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 324.10

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.131**   Nonpriority creditor's name and mailing address

Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo
Suite 110
Houston, TX 77027

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 3,105.46

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** Nonpriority creditor's name and mailing address

Chi & Partners
75 Spring Street, 2nd Fl
0
New York, NY 10012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    2,500.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address

Chicago Advertising Federation
1833 Centre Point Circle
Suite 123
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    1,200.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address

Chicagoland Refreshments
10100 Franklin Ave.
0
Franklin Park, IL 60131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    651.79

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address

ChoiceStream
25 Drydock Ave, 5th Floor
0
Boston, MA 2210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    92,159.19

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address

CIT
P.O. BOX 100706
0
PASADENA, CA 91189-0706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    280.77

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.137**    Nonpriority creditor's name and mailing address

City Of Miami
1701 Convention Center Drive
0
Miami Beach, FL 33139

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 250.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.138**    Nonpriority creditor's name and mailing address

Clifton, Robert
20036 Overland Travel
Olympia Fields, IL 60461

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,656.88

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.139**    Nonpriority creditor's name and mailing address

Clique Studios LLC
410 S. Michigan Ave.
Suite 908
Chicago, IL 60605

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 870.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.140**    Nonpriority creditor's name and mailing address

Cogent Communications, Inc.
P.O Box 791087
0
Baltimore, MD 21279-1087

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 3,126.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.141**    Nonpriority creditor's name and mailing address

COHEN-FRIEDBERG ASSOCIATES
17 LATERN ROAD
0
FRAMINGHAM, MA 1702

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,450.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.142**    Nonpriority creditor's name and mailing address

Cole World Touring, INC
265 Sunrise Highway, #1-417
0
Rockville Centre, NY 11570

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80,000.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.143**    Nonpriority creditor's name and mailing address

Comcast
PO Box 3001
0
Southeastern, PA 19398-3001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 557.03

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.144**    Nonpriority creditor's name and mailing address

COMCAST MEDIA CENTER

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,064.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.145**    Nonpriority creditor's name and mailing address

Comcast Media Center
13431 Collections Center Drive
0
Chicago, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47,238.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.146**    Nonpriority creditor's name and mailing address

COMCAST, DirecTV- I Miami IC,
P.O.BOX 409558
0
ATLANTA, GA 30384-9558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,197.15

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.147**     Nonpriority creditor's name and mailing address

COMCAST, FtMyers-Naples Interco
P.O. BOX 409558
0
ATLANTA, FL 30384-9558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____152,771.35

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.148**     Nonpriority creditor's name and mailing address

COMCAST, Miami-Ft. Lauderdale I
P.O..BOX 409558
0
ATLANTA, GA 30384-9558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____279,979.80

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.149**     Nonpriority creditor's name and mailing address

COMCAST, North Sarasota, FL
PO BOX 409558
0
ATLANTA, GA 30384-9558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____24,256.28

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.150**     Nonpriority creditor's name and mailing address

COMCAST, South Sarasota, FL
PO BOX 409558
0
ATLANTA, GA 30384-9558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____9,298.91

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.151**     Nonpriority creditor's name and mailing address

COMCAST, Venice, FL
PO BOX 409558
0
ATLANTA, GA 30384-9558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____19,796.84

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.152**   Nonpriority creditor's name and mailing address

COMCAST, West Palm Beach Int.,
P.O. BOX 409558
0
ATLANTA, GA 30384-9558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 246,063.10

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.153**   Nonpriority creditor's name and mailing address

Comcast-4754
PO BOX 660618
0
Dallas, TX 75266-0618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ -129.34

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.154**   Nonpriority creditor's name and mailing address

Comcast-5670265
PO Box 660618
0
Dallas, TX 75266-0618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 348.37

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.155**   Nonpriority creditor's name and mailing address

Comma Music and Sound Design
320 W Ohio Street #440
0
Chicago, IL 60654

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 11,380.00

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.156**   Nonpriority creditor's name and mailing address

COMMERCIAL CONSTRUCTION & RENOVATION
PO 3908
0
SUWANEE, GA 30024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 3,630.00

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157**    Nonpriority creditor's name and mailing address

Complex Media Inc
1271 Ave of the Americas
35th Floor- Finance
New York, NY 10020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71,666.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.158**    Nonpriority creditor's name and mailing address

COMSCORE, INC
11950 Democracy Drive 6Th Floor
0
Reston, VA 20190

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,000.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.159**    Nonpriority creditor's name and mailing address

Coniaric, Andre
2215 SW 21st Terrace
Miami, FL 33145

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,419.40

Basis for the claim: WAGES, SALARIES, ANE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.160**    Nonpriority creditor's name and mailing address

Consolidated Communications
P.O Box 1568
0
Conroe, TX 77305-1568

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 716.94

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.161**    Nonpriority creditor's name and mailing address

Consulting Actuarial Group, Inc.
Two Northfield Plaza, Suite 100
0
Northfield, IL 60093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,200.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

**Part 2:  Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** Nonpriority creditor's name and mailing address
Contegni, Nicole
1113 N 13th Court
Hollywood, FL 33019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,730.22

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address
Conversant
PO Box 849725
0
Los Angeles, CA 90084-9725

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36,783.44

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address
CONVERSANT, LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57,228.21

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.165** Nonpriority creditor's name and mailing address
Corporate Travel Management, Inc.
5601 77 Center Drive, Suite 140
0
Charlotte, NC 28217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,669.50

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address
Corra
201 Continental Blvd. Suite 107
0
EL Segundo, CA 90245

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.50

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | PCH Communications, LLC | | Case number (if known) | 16-17186-LMI |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.167 __ **Nonpriority creditor's name and mailing address**
Courtney Richard
8640 Gulana Ave Unit J 2008
0
Playa Del Rey, CA 90293

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,216.88

**Basis for the claim:** ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.168 __ **Nonpriority creditor's name and mailing address**
Craighead, Michael
6700 S South Shore Dr
Apt 21C
Chicago, IL 60649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,451.31

**Basis for the claim:** WAGES, SALARIES, ANI

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.169 __ **Nonpriority creditor's name and mailing address**
CREOLETRANS
203 N.E. 44 STREET
0
MIAMI, FL 33137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.40

**Basis for the claim:** ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.170 __ **Nonpriority creditor's name and mailing address**
CSI WORLDWIDE
751 WYOMING STREET
0
KANSAS CITY, MO 64101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,457.07

**Basis for the claim:** ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number ___ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.171 __ **Nonpriority creditor's name and mailing address**
Cubas , Maricarmen
1541 Brickell Avenue
Apt 406C
Miami, FL 33129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,030.67

**Basis for the claim:** WAGES, SALARIES, ANI

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">**Part 2:**</div>  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.172**   Nonpriority creditor's name and mailing address
Cuervo, Paula
200 West 67th St
Apt 32H
New York, NY 10023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, ANI

$ 2,051.39

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.173**   Nonpriority creditor's name and mailing address
CUNNINGHAM GROUP, INC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 4,140.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.174**   Nonpriority creditor's name and mailing address
Dan Macena
322 8th Ave
Floor 12A
New York, NY 10001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 25.50

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.175**   Nonpriority creditor's name and mailing address
Dantchev, Julia
48-24 43rd Street
Apt 4G
Woodside, NY 11377

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, ANI

$ 1,201.83

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.176**   Nonpriority creditor's name and mailing address
Darnel Moore
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ -329.26

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** Nonpriority creditor's name and mailing address

Dave M. Kresl
3946 N Lawndale Ave
0
Chicago, IL 60618

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 750.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

David Prince
322 8th Ave
Floor 12A
New York, NY 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ -165.75

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

Davit, Cecilia
5959 SW 28th Street
Miami, FL 33155

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,066.94

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address

Day, Nathalie
1550 S Blue Island Ave
#1104
Chicago, IL 60607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,243.27

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.181** Nonpriority creditor's name and mailing address

DAYTONA BEACH NEWS JOURNAL CORP
PO BOX 919423
0
ORLANDO, FL 32891-9423

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,805.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.182** Nonpriority creditor's name and mailing address

db Productions LLC
46 Lindor Road
0
North Reading, MA 1864

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,016.78

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.183** Nonpriority creditor's name and mailing address

Delgado, Tibisay
15295 SW 107th Lane
Apt 1005
Miami, FL 33196

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,150.02

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.184** Nonpriority creditor's name and mailing address

DELTA MEDIA INC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,336,050.50

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.185** Nonpriority creditor's name and mailing address

Denzel Barnes
1137 E Bowen  Suite 2B
0
Chicago, IL 60653

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address

Derick Garniar
2735 W 60th PL #207
0
Hialeah, FL 33016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,450.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.187** Nonpriority creditor's name and mailing address

Derrick W. Brown
2410 Alton Road
Suite 1
Miami, FL 33140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,397.24

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.188** Nonpriority creditor's name and mailing address

Diamond Ingram
518 E 9th Street
0
Charlotte, NC 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.189** Nonpriority creditor's name and mailing address

Diao, Philipe
2650 W Belden Ave
#105
Chicago, IL 60647

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,968.51

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.190** Nonpriority creditor's name and mailing address

DIARIO LAS AMERICAS
888 Brickell Ave. 5 th Floor
0
Miami, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,099.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __ __

---

**3.191** Nonpriority creditor's name and mailing address

Dickens, Asha
1600 Indiana Ave
#802
Chicago, IL 60616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,175.72

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| | |
|---|---|
| Debtor | PCH Communications, LLC |
| | Name |
| Case number (if known) | 16-17186-LMI |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** Nonpriority creditor's name and mailing address

Digital Generation, Inc.
PO BOX 951392
0
Dallas, TX 753951392

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 115.20

---

**3.193** Nonpriority creditor's name and mailing address

Digital River, Inc
10380 Bren Road West
0
Minnetonka, MN 55343-9072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 134.91

---

**3.194** Nonpriority creditor's name and mailing address

DIRECTV
P.O. BOX 60036
0
LOS ANGELES, CA 90060-0036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 140.94

---

**3.195** Nonpriority creditor's name and mailing address

DISH TV, Comcast/DISH- I Miami, FL
P.O. BOX 409558
0
ATLANTA, GA 30384-9558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,606.10

---

**3.196** Nonpriority creditor's name and mailing address

DJ Hodgey Beats Promotions
33 Barrington Drive
0
Wheatley Heights, NY 11798

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,464.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.197** Nonpriority creditor's name and mailing address

DJ WEBB
347 E. 25th Place
Suite #2
Chicago, IL 60616

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 63.52

---

**3.198** Nonpriority creditor's name and mailing address

DOMINGO FABELO
PETTY CASH
1790 CORAL WAY
MIAMI, FL 33144

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 624.14

---

**3.199** Nonpriority creditor's name and mailing address

Duggan & Bertsch
303 West Madison
Suite 1000
Chicago, IL 60606-3321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,814.80

---

**3.200** Nonpriority creditor's name and mailing address

Dyer, Kurt
12380 SW 135 Terr
Miami, FL 33186

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.201** Nonpriority creditor's name and mailing address

East Bank Records on 35th St
1200 W. 35th Street
0
Chicago, IL 60609

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 60.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202**  Nonpriority creditor's name and mailing address

ECO GRAPHICS MEDIA
7034 NW 50 th ST
0
MIAMI, FL 33166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,588.95

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.203**  Nonpriority creditor's name and mailing address

Ecovadis
4, rue du Faubourg Montmartre
Paris 75009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,060.39

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.204**  Nonpriority creditor's name and mailing address

ED Victor Voice Over, LLC
9111 Nugent Trail
0
West Palm Beach, FL 33411

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,200.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.205**  Nonpriority creditor's name and mailing address

Edit at Joe's LLC dba Wondersmith
2030 South Tryon Street Suite 3D
0
Charlotte, NC 28203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,800.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.206**  Nonpriority creditor's name and mailing address

Eggwhites Catering
1419 NE 129th Street
0
North Miami, FL 33161

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,174.67

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207** Nonpriority creditor's name and mailing address

Eileen Wheeler
2479 SW 13th Street
0
Miami, FL 33145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.67

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.208** Nonpriority creditor's name and mailing address

EL NUEVO HERALD
PO BOX 3028
0
LIVONIA, MI 48151

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,408.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.209** Nonpriority creditor's name and mailing address

EL SENTINEL MIAMI
14891 COLLECTIONS CENTER DRIVE
0
CHICAGO, IL 60693-0148

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,512.76

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address

Elliot, Nina
3930 N Kostner
Chicago, IL 60641

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,796.30

Basis for the claim: WAGES, SALARIES, ANI

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.211** Nonpriority creditor's name and mailing address

Elliott  Smith
600 W Fulton
4th Floor
Chicago, IL 60661

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.62

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212** Nonpriority creditor's name and mailing address

Energia Productions Group,LLC
830 Clarion Dr
0
Fullerton, CA 92835

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 858.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.213** Nonpriority creditor's name and mailing address

Engage Collective LLC
200 Rector Place 18C
0
New York, NY 10280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49,787.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.214** Nonpriority creditor's name and mailing address

ENRIQUE ALBERTO KOGAN
9004 SE 163 RD TERRACE
0
PALMETTO BAY, FL 33031-1608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,096.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.215** Nonpriority creditor's name and mailing address

ENTR-Radio
5700 Wilshire Blvd. Suite#250
0
Los Angeles, CA 90036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32,640.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.216** Nonpriority creditor's name and mailing address

Environment Mechanical Services, INC.
2500 South 27th Avenue
0
Broadview, IL 60155-3851

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 577.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|--------|--------------------------|------------------------|--------------|
|        | Name |  |  |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** Nonpriority creditor's name and mailing address

EPBF-TV
P.O. Box 26885
0
Lehigh Valley, PA 18002-6885

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24,151.48

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address

EPLG-TV
P.O. BOX  864162
0
ORLANDO, FL 32886-4162

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,632.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.219** Nonpriority creditor's name and mailing address

EresMas Interactiva, Inc

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54,391.97

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address

Eric Sanders
1900 N Bayshore Dr
0
Miami, FL 33132

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.221** Nonpriority creditor's name and mailing address

Erin Oh
230 E 29 #20
0
New York, NY 10016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,100.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.222** Nonpriority creditor's name and mailing address
Escalera, Aldo
3530 81 St
Apt 5F
Jackson Heights, NY 11104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,346.87

---

**3.223** Nonpriority creditor's name and mailing address
Espinosa, Jorge
8209 SW 173 Terr.
Palmetto Bay, FL 33157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,662.26

---

**3.224** Nonpriority creditor's name and mailing address
ESPN ENTERPRISES, INC
PO BOX 732536
0
DALLAS, TX 75373-2536

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,706.76

---

**3.225** Nonpriority creditor's name and mailing address
EUVG-TV
P.O BOX 228265
0
MIAMI, FL 33222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,837.45

---

**3.226** Nonpriority creditor's name and mailing address
Events Direct, INC
4142 Rider Trail., Suite 200
0
Earth City, MO 63045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 305.00

---

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;">**Part 2:**</div> **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.227**    Nonpriority creditor's name and mailing address

EXCLUSIVE ARTIST MANAGEMENT INC
2881  EAST OAKLAND BLVD SUITE 2
0
FT LAUDERDALE, FL 33306

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 1,320.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.228**    Nonpriority creditor's name and mailing address

EXCW-TV
2824 PALM BEACH BOULEVARD
0
FT MYERS, FL 33916

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 54,308.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.229**    Nonpriority creditor's name and mailing address

EXPERIAN MARKETING SOLUTIONS,  INC
21221 NETWORK PLACE
0
CHICAGO, IL 60673-1212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 20,333.24

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.230**    Nonpriority creditor's name and mailing address

Extreme Group Holdings LLC
1531 Fourteenth Street
0
Santa Monica, CA 90404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 2,250.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.231**    Nonpriority creditor's name and mailing address

Extreme Reach
111 W. Jackson Blvd.
Suite 1525
Chicago, IL 60604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 172.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number (*if known*) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** Nonpriority creditor's name and mailing address

Fabelo, Gisela
870 West 50th Place
Hialeah, FL 33012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,610.87

Basis for the claim: WAGES, SALARIES, AND

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.233** Nonpriority creditor's name and mailing address

FABIA TALHAME
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ -200.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.234** Nonpriority creditor's name and mailing address

Falcon Enterprise, Inc/Falcon Paymasters
L-3507
0
Columbus, OH 43260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.235** Nonpriority creditor's name and mailing address

Fandango II, LLC
1050 S. Paca St.
0
Baltimore, MD 21230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,670.42

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.236** Nonpriority creditor's name and mailing address

FEDEX
P.O. BOX 660481
0
DALLAS, TX 75266-0481

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,295.22

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237**    Nonpriority creditor's name and mailing address

FedEx Kinkos
Customer Administrative Services
P.O. Box 672085
Dallas, TX 75267-2085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 208.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.238**    Nonpriority creditor's name and mailing address

Fifth Third Bank

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

$ 871,096.55

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.239**    Nonpriority creditor's name and mailing address

Fifth Third Bank

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

$ 1,931,455.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.240**    Nonpriority creditor's name and mailing address

Fifth Third Mastercard
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 43,381.06

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.241**    Nonpriority creditor's name and mailing address

FIKSU
P.O. Box 417767
0
Boston, MA 02241-7767

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 32.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|---|
| | Name | | | |

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.242**    Nonpriority creditor's name and mailing address

Flaws, Matthew
536 Clarence Ave
Oak Park, IL 60304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** WAGES, SALARIES, ANI

$ 3,522.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.243**    Nonpriority creditor's name and mailing address

FLORIDA COURIER
PO BOX 48857
0
Tampa, FL 33646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 20,550.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244**    Nonpriority creditor's name and mailing address

FLORIDA LOTTERY
250 MARRIOT DRIVE
TALLAHASSEE, FL 32301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245**    Nonpriority creditor's name and mailing address

FLORIDA POWER & LIGHT
700 Universe BLVD
Juno Beach, FL 33408-0420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246**    Nonpriority creditor's name and mailing address
FLORIDA RESTAURANT & LODGING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 1,938.85

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    PCH Communications, LLC
_____
Name

Case number (if known)___16-17186-LMI_____

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** Nonpriority creditor's name and mailing address

FLORIDA TIMES UNION
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                     2,094.32

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.248** Nonpriority creditor's name and mailing address

FLORIDA TREND MAGAZINE
490 First Ave. South, 8th FL
0
St Petersburg, FL 33701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                    16,082.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.249** Nonpriority creditor's name and mailing address

FORT MYERS NEW-PRESS
P.O. BOX 677583
0
DALLAS, TX 75267-7583

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                     7,200.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.250** Nonpriority creditor's name and mailing address

Foster, Brittany
5454 S Everett Ave
#4F
Chicago, IL 60615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                     1,036.06

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.251** Nonpriority creditor's name and mailing address

FOX SPORTS NETWORKS, FOX Sports Net/Miami, FL
16732 COLLECTIONS CENTER DRIVE
0
CHICAGO, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                     6,141.25

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | | Case number *(if known)* | 16-17186-LMI |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252**    Nonpriority creditor's name and mailing address

FPL
GENERAL MAIL FACILITY
0
MIAMI, FL 33188-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.19

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.253**    Nonpriority creditor's name and mailing address

FPL FIBERNET LLC
P.O. BOX 026021
0
MIAMI, FL 33102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 950.00

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.254**    Nonpriority creditor's name and mailing address

Freebee
2312 N Miami Ave
0
Miami, FL 33127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24,000.00

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.255**    Nonpriority creditor's name and mailing address

Front Office, Inc.
47 W. Polk Street
Ste. 146
Chicago, IL 60605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,961.00

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.256**    Nonpriority creditor's name and mailing address

Fruhauf Uniforms, INC
800 E Gilbert
0
Wichita, KS 67211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 330.44

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.257**    Nonpriority creditor's name and mailing address
FSFL-TV

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    8,925.00

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.258**    Nonpriority creditor's name and mailing address
Fusion Marketing & Promotions, Inc.
3159 Royal Drive
Suite 300
Alpharetta, GA 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    27,150.33

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.259**    Nonpriority creditor's name and mailing address
G&G Outfitters, Inc
4901 Forbes Blvd
0
Lanham, MD 20706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    34,388.34

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.260**    Nonpriority creditor's name and mailing address
Gadley, Shawn
5202 S. Cornell Ave
Apt 1B
Chicago, IL 60615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    1,139.67

Basis for the claim:  WAGES, SALARIES, AND

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.261**    Nonpriority creditor's name and mailing address
GAINESVILLE SUN (NEWSPAPER ORLANDO)
PO BOX 915007
ORLANDO
ORLANDO, FL 32891-5007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    794.35

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   PCH Communications, LLC
_____
         Name

Case number (if known)   16-17186-LMI
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.262 ____ **Nonpriority creditor's name and mailing address**

Gallery Guichard
3521 S. King Drive
0
Chicago, IL 60653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 22,000.00

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.263 ____ **Nonpriority creditor's name and mailing address**

Gamiao, Jerry
202 Obispo Ave
Apt 10
Long Beach, CA 90803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 2,072.12

Basis for the claim:  WAGES, SALARIES, AND

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.264 ____ **Nonpriority creditor's name and mailing address**

Garcia, Lauren
31 SE 5th Street
Apt 4216
Miami, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,025.70

Basis for the claim:  WAGES, SALARIES, AND

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.265 ____ **Nonpriority creditor's name and mailing address**

Garcia-Linares, Ariel
1917 SW 21 Terrace
Miami, FL 33145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 2,113.56

Basis for the claim:  WAGES, SALARIES, AND

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.266 ____ **Nonpriority creditor's name and mailing address**

Garrido, Patricia
7500 Lochness Drive
Miami Lakes, FL 33014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,429.76

Basis for the claim:  WAGES, SALARIES, AND

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | PCH Communications, LLC | Case number (if known) | 16-17186-LMI |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.267**     Nonpriority creditor's name and mailing address

Garvey's Office Product
P.O. Box 66667
0
Chicago, IL 60666-0667

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.61

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.268**     Nonpriority creditor's name and mailing address

George Willborn Productions
747 N Wabash
Apt 905
Chicago, IL 60611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ -750.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.269**     Nonpriority creditor's name and mailing address

GFTV-TV
0
0
0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 289.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.270**     Nonpriority creditor's name and mailing address

Ghetto Fabolous, Inc.
C/O Portney Management Group, LLC
70 Grand Avenue, Suite 107
River Edge, NJ 7661

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70,000.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.271**     Nonpriority creditor's name and mailing address

Gibson, Andrew
1201 Nadine St
Houston, TX 77009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,864.90

Basis for the claim: WAGES, SALARIES, AN[

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---