UNITED STATES BANKRUPTCYCOURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

PCH COMMUNICATIONS, LLC;

      Debtor.        /

Case No. 16-17186-BKC-LMI

Chapter 7

## TRUSTEE'S REPORT OF SALE

COMES NOW, Jacqueline Calderin, Chapter 7 Trustee of the estate of PCH Communications, LLC (the "Debtor"), and files this Report of Sale as follows:

1. On February 19, 2019 the Trustee filed Trustee's Notice of Proposed Private Sale [ECF #344] of three default final judgments.

2. On February 25, 2019 an Objection to Notice of Sale was filed by SM Financial Services Corporation [ECF #346].

3. On March 6, 2019 the matter came before the court and on March 7, 2019, an Order Overruling without Prejudice SM Financial Services Corporation Objection to Trustee's Notice of Proposed Private Sale Granting Trustee's and Establishing Bidding Procedures [ECF #351] was entered.

4. On March 12, 2019 at 11:00 am, the Trustee conducted a telephonic auction. Debtoutlet LLC (the "Buyer") was the successful bidder with a final bid of $6,500.

5. On March 19, 2019, the Trustee received all funds owed to the estate from the Buyer.

**I HEREBY CERTIFY** that a true and correct copy hereof was served electronically via CM/ECF upon all parties entitled to receive notice on April 8, 2019.

                                          /s/ Jacqueline Calderin
                                          **JACQUELINE CALDERIN**
                                          *Chapter 7 Trustee*
                                          1825 Ponce de Leon Blvd, #358
                                          Coral Gables, Florida 33134
                                          T 786.369.8440
                                          calderintrustee@gmail.com

**Via CM/ECF**: To all parties entitled to electronic notification via CM/ECF