**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-17186 | | | Trustee Name: | Jacqueline Calderin |
| Case Name: | PCH COMMUNICATIONS, LLC | | | Date Filed (f) or Converted (c): | 05/19/2016 (f) |
| For the Period Ending: | 12/31/2019 | | | §341(a) Meeting Date: | 08/01/2016 |
| | | | | Claims Bar Date: | 10/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Office Equipment | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Pursuant to Notice of Abandonment [ECF #184] (4.7.17) | | | | | |
| 2 | 2006 Toyota 4Runner | $5,000.00 | $2,000.00 | | $2,000.00 | FA |
| 3 | Accounts Receivable | $2,108,488.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Bank has a full lien, no value to the estate | | | | | |
| 4 | State of Florida Refund (u) | $0.00 | $3,480.81 | | $3,480.81 | FA |
| 5 | National Union FIre Insurance Co of Pittsburgh, PA - Crisis Fund (u) | $0.00 | $100,000.00 | | $100,000.00 | FA |
| Asset Notes: | Per Order [ECF #23] (7.8.16) | | | | | |
| 6 | Void (u) | Unknown | $0.00 | | $0.00 | FA |
| 7 | Personal Property located at a storage unit at 600 W Fulton St, 4th Floor, Chi (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Per Order Granting Motion to Abnadon Personal Property [ECF #142](2.3.17) | | | | | |
| 8 | Adv. Proceeding 18-01076-LMI Calderin v. Bird Dog Capital L (u) | $0.00 | $37,527.00 | | $0.00 | FA |
| Asset Notes: | Adv. Proceeding 18-01076-LMI Calderin v. Bird Dog Capital LLC [ECF #287] (2.22.18) Adv. Closed / Complaint dismissed [ECF #291] (5.1.18) | | | | | |
| 9 | Adv. Proceeding 18-01077-LMI Calderin v. Wright-Islam Holdi (u) | $0.00 | $192,500.00 | | $142,500.00 | $50,000.00 |
| Asset Notes: | Adv. Proceeding 18-01077-LMI Calderin v. Wright-Islam Holdings, LLC [ECF #288] (2.22.18) Order granting settlement agreement with Michael C Hall [ECF # 333] (11.8.18) Order granting settlement agreements with : Wright-Islam Holdings, LLC / Islam Ahmad / Sherman Wright / Eugene Novosad [ECF #353] (3.21.19) Adversary case closed [ECF #373] 1.21.20 | | | | | |
| 10 | Adv. Proceeding 18-01078-LMI Calderin v. Amex (u) | $0.00 | $27,500.00 | | $27,500.00 | FA |
| Asset Notes: | Adv. Proceeding 18-01078-LMI Calderin v. Amex [ECF #289] (2.23.18) | | | | | |

| Case No.: | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Date Filed (f) or Converted (c): | 05/19/2016 (f) |
| For the Period Ending: | 12/31/2019 | §341(a) Meeting Date: | 08/01/2016 |
| | | Claims Bar Date: | 10/31/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Order on Motion to Compromise Controversy [ECF #328] (10.29.18) | | | | | |
| | Order granting settlement agreements with : Wright-Islam Holdings, LLC / Islam Ahmad / Sherman Wright / Eugene Novosad [ECF #353] (3.21.19) | | | | | |
| | Adversary case closed [ECF #374] 1.21.20 | | | | | |
| 11 | Adv. Proceeding  18-01236-LMI Calderin v. 113 Boerum PL, LLC (u) | $0.00 | $68,500.00 | | $1,876.55 | FA |
| Asset Notes: | Adv. Proceeding  18-01236-LMI Calderin v. 113 Boerum PL, LLC [ECF #292] (6.5.18) | | | | | |
| | Final Judgment [ECF #15] (8.17.18) | | | | | |
| | Adversary case closed [ECF #334] (11.9.18) | | | | | |
| 12 | Adv. Proceeding  18-01246-LMI Calderin v. Cunningham (u) | $0.00 | $88,801.58 | | $2,432.30 | FA |
| Asset Notes: | Adv. Proceeding  18-01246-LMI Calderin v. Cunningham [ECF #295] (6.13.18) | | | | | |
| | Final judgment [ECF #31] (1.2.19) | | | | | |
| | Adversary case closed, complaint dismissed.  [ECF #343 (2.13.19) | | | | | |
| 13 | Adv. Proceeding  18-01247-LMI Calderin v. The 82 group (u) | $0.00 | $80,000.00 | | $2,191.15 | FA |
| Asset Notes: | Adv. Proceeding  18-01247-LMI Calderin v. The 82 group [ECF #296] (6.13.18) | | | | | |
| | Final judgment [ECF #19] (9.24.18) | | | | | |
| | Adversary case closed [ECF #335] (11.9.18) | | | | | |
| 14 | Adv. Proceeding  16-01423-LMI Calderin v. Fifth Third Bank (u) | $0.00 | $2,269,123.60 | | $0.00 | FA |
| Asset Notes: | Adv. Proceeding  16-01423-LMI Calderin v. Fifth Third Bank [ECF #42] (8.15.16) | | | | | |
| | Adv. closed / Complaint dismissed [ECF #103] (12.20.16) | | | | | |
| 15 | Settlement with Ethical Culture Fieldston School (u) | $0.00 | $25,256.00 | | $20,200.00 | FA |
| Asset Notes: | Order granting settlement agreement [ECF #298] (7.9.18) | | | | | |
| 16 | Settlement with Cheetah Digital, Inc. f_k-a Experian Marketing Solutions (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |

| Case No.: | 16-17186 | | | Trustee Name: | Jacqueline Calderin |
| Case Name: | PCH COMMUNICATIONS, LLC | | | Date Filed (f) or Converted (c): | 05/19/2016 (f) |
| For the Period Ending: | 12/31/2019 | | | §341(a) Meeting Date: | 08/01/2016 |
| | | | | Claims Bar Date: | 10/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** Pursuant to Order granting settlement agreement [ECF #309] (9.13.18) | | | | | |
| 17   Settlement with NRT New York, LLC (u) | $0.00 | $17,500.00 | | $17,500.00 | FA |
| **Asset Notes:** Pursuant to Order granting settlement agreement [ECF #305] (9.11.18) | | | | | |
| 18   Settlement with Duggan Bertsch, LLC (u) | $0.00 | $22,500.00 | | $22,500.00 | FA |
| **Asset Notes:** Pursuant to Order granting settlement agreement [ECF #320] (10.15.18) | | | | | |
| 19   Settlement with BMW Financial Services, NA LLC (u) | $0.00 | $2,500.00 | | $2,500.00 | FA |
| **Asset Notes:** Pursuant to Order granting settlement agreement [ECF #321] (10.15.18) | | | | | |
| 20   Settlement with Sizemek Technologies (u) | $0.00 | $115,481.43 | | $698.91 | FA |
| **Asset Notes:** Funds received as a result of demand letter | | | | | |
| 21   Settlement with 2 Cooper Square (u) | $0.00 | $18,000.00 | | $18,000.00 | FA |
| **Asset Notes:** Pursuant to Order granting settlement agreement [ECF #322] (10.15.18) | | | | | |
| 22   Settlement with Waterman Broadcasting (u) | $0.00 | $15,000.00 | | $15,000.00 | FA |
| **Asset Notes:** Pursuant to Order granting settlement agreement [ECF #323] (10.15.18) | | | | | |
| 23   Customer List | $0.00 | $0.00 | | $0.00 | FA |
| 24   Fifth Third Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 25   228 E 45th Street, 14th Floor, New York, NY Lease | $0.00 | $0.00 | | $0.00 | FA |
| 26   600 W fulton Street, 4th Floor, Chicago, IL 60661 Lease | $0.00 | $0.00 | | $0.00 | FA |
| 27   D&O Insurance with AIG and E&O Insurance with Axis Insurance Co | $0.00 | $1,600,000.00 | | $1,600,000.00 | FA |
| 28   401K Plan (u) | $0.00 | $61,002.00 | | $61,002.00 | FA |
| **Asset Notes:** Administrative Fee reserve for professionals pursuant to ECF #245 | | | | | |
| INT  Post-Petition Interest Deposits (u) | Unknown | N/A | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Asset**

$2,123,488.00              $4,751,672.42                        $2,044,381.72              $50,000.00

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 4

| Case No.: | 16-17186 | Trustee Name: | Jacqueline Calderin |
| Case Name: | PCH COMMUNICATIONS, LLC | Date Filed (f) or Converted (c): | 05/19/2016 (f) |
| For the Period Ending: | 12/31/2019 | §341(a) Meeting Date: | 08/01/2016 |
| | | Claims Bar Date: | 10/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/31/2019    In queue for final tax return pending receipt of final settlement payment; claims reviewed, objections to be filed.  Then TFR
12/31/2018    Warn Act Settlement and Wright Islam settlement in progress; attempting to sell judgments; sent to kapila for tax returns
12/31/2017    settlement approved; avoidance actions discovery in process; sent to Kapila for tax returns
12/31/2016    hired counsel; discovery in process; kapila retained as financial advisor and preparing tax returns.

Initial Projected Date Of Final Report (TFR):   07/15/2018          Current Projected Date Of Final Report (TFR):   02/28/2020          /s/ JACQUELINE CALDERIN

JACQUELINE CALDERIN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2016 | ( 2) | Machado/Garcia-Serra Publicidad Inc | Pre-Petition Sale of property Market Value received for sale of 2006 Toyota Four Runner by Landlord where vehicle was left. | 1129-000 | $2,000.00 | | $2,000.00 |
| 07/29/2016 | ( 4) | State of Florida Department of Fina | Unscheduled Assets Refund | 1224-000 | $3,480.81 | | $5,480.81 |
| 08/29/2016 | ( 5) | National Union Fire Insurance Co. o | Crisis Fund Deposit Per ORder [ECF #23] (7.8.16) | 1280-000 | $100,000.00 | | $105,480.81 |
| 08/31/2016 | 1001 | Ehrenstein Charbonneau Calderin | Reimbursement of Insurance Payment For Payment of June ($8,296.85) and July's ($9,142.81) Insurance Premiums to IPFS per Order [ECF #23] (7.8.16) | 2990-000 | | $17,439.66 | $88,041.15 |
| 09/26/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.69 | $88,023.46 |
| 10/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $127.12 | $87,896.34 |
| 11/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.43 | $87,765.91 |
| 12/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $126.04 | $87,639.87 |
| 01/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.06 | $87,509.81 |
| 02/06/2017 | 1002 | Space Plus Self Storage | Rent January and February Rent & Late Fees per Order [ECF #139] (2.3.17) $386.08 January Rent $15.00 Late Fee $25.00 Late Fee $386.08 February Rent $15.00 Late Fee | 2410-000 | | $827.16 | $86,682.65 |
| 02/06/2017 | 1003 | TAB Products Co. LLC | Administrative Expenses Payment for services related to relocation and preservation of business records of the estate per Order [ECF #140] (2.3.17) | 2420-000 | | $5,968.00 | $80,714.65 |

**SUBTOTALS** $105,480.81  $24,766.16

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/21/2017 | 1004 | Space Plus Self Storage | Rent March Rent per Order [ECF #139] (2.3.17) | 2410-000 | | $386.08 | $80,328.57 |
| 02/27/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.21 | $80,198.36 |
| 03/02/2017 | 1005 | Consulting Actuarial Group, Inc. | Retirement Plan Termination Expenses Per Order [ECF #115] (1.6.17), consisting of: Pre-petition Services $1,200.00 Pos-petition Expenses $500.00 | 2990-000 | | $1,700.00 | $78,498.36 |
| 03/07/2017 | 1006 | V-Net Consulting | Administrative Expense Per Order [ECF #159] (3.6.17) | 2990-000 | | $812.50 | $77,685.86 |
| 03/21/2017 | 1007 | Space Plus Self Storage | Rent April Rent per Order [ECF #139] (2.3.17) | 2410-000 | | $386.08 | $77,299.78 |
| 03/27/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.58 | $77,187.20 |
| 04/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.76 | $77,070.44 |
| 05/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.99 | $76,959.45 |
| 06/26/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.51 | $76,844.94 |
| 07/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.67 | $76,734.27 |
| 08/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.18 | $76,620.09 |
| 09/20/2017 | 1008 | Space Plus Self Storage | Rent August Invoice #14195 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $431.40 | $76,188.69 |
| 09/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.01 | $76,074.68 |
| 10/19/2017 | 1009 | Space Plus Self Storage | Rent Invoice #16176 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $391.41 | $75,683.27 |

**SUBTOTALS** $0.00  $5,031.38

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.17 | $75,573.10 |
| 11/06/2017 | ( 27) | National Union Fire Insurance Co of | settlement proceeds Pursuant to Order [ECF #225] (10.12.17) | 1149-000 | $1,250,000.00 | | $1,325,573.10 |
| 11/09/2017 | 1010 | Ehrenstein Charbonneau Calderin | Contingency Fee Pursuant to Order [ECF #225] (10.12.17) | 3110-000 | | $416,666.63 | $908,906.47 |
| 11/09/2017 | 1011 | Ehrenstein Charbonneau Calderin | Contingency Expenses Pursuant to Order [ECF #225] (10.12.17) | 3120-000 | | $8,640.00 | $900,266.47 |
| 11/18/2017 | ( 27) | AXIS Insurance | settlement proceeds Pursuant to Order [ECF #225] (10.12.17) | 1149-000 | $350,000.00 | | $1,250,266.47 |
| 11/18/2017 | 1012 | Ehrenstein Charbonneau Calderin | Contgency fees Pursuant to Order [ECF #225] (10.12.17) | 3110-000 | | $116,666.67 | $1,133,599.80 |
| 11/20/2017 | | Ehrenstein Charbonneau Calderin | Contgency fees Reversal Scrivner's error in check amount, 2 pennies off. Will re-issue. | 3110-000 | | ($116,666.67) | $1,250,266.47 |
| 11/20/2017 | 1013 | Ehrenstein Charbonneau Calderin | Contingency Fee Pursuant to Order [ECF #225] (10.12.17) | 3110-000 | | $116,666.65 | $1,133,599.82 |
| 11/27/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.02 | $1,133,486.80 |
| 12/07/2017 | ( 28) | Voya Institutional Trust Co. | Wire in Administrative fee reserve for professionals Pursuant to Order [ECF #245] (11.17.17)  61002.00CR WIRE TRANS 120717 93052164  474 WIRE TRANS  TRN1207017064  1207172685200341JO | 1249-000 | $61,002.00 | | $1,194,488.80 |
| 12/07/2017 | 1014 | Space Plus Self Storage | Rent Invoice #17338 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $390.87 | $1,194,097.93 |
| 12/08/2017 | 1015 | Cherry Bekaert LLP | Auditor's Fees Pursant to Order [ECF #245] (11.17.17) | 3991-000 | | $26,100.00 | $1,167,997.93 |

**SUBTOTALS**  $1,661,002.00  $568,687.34

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/08/2017 | 1016 | Ehrenstein Charbonneau Calderin | Fees Pursuant to Order [ECF #245] (11.17.17) - payment from 401K Plan for services related solely to 401K Plan termination | 3120-000 | | $34,902.00 | $1,133,095.93 |
| 12/19/2017 | 1017 | B. Summer Chandler | Attorney Fees Pursuant to Order [ECF #263] (12.18.17) | 3210-000 | | $3,498.00 | $1,129,597.93 |
| 12/21/2017 | | Self Plus Storage | Rent  Reversal Pay to Name error.  Will re-issue | 2410-000 | | ($391.14) | $1,129,989.07 |
| 12/21/2017 | 1018 | Self Plus Storage | Rent Invoice #18266 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $391.14 | $1,129,597.93 |
| 12/21/2017 | 1019 | Space Plus Self Storage | Rent Invoice #18266 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $391.14 | $1,129,206.79 |
| 12/26/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,353.39 | $1,127,853.40 |
| 01/25/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,699.50 | $1,126,153.90 |
| 01/26/2018 | 1020 | E-Hounds Inc. | Retainer Pursuant to Order [ECF #271] (1.19.18) | 3991-000 | | $1,250.00 | $1,124,903.90 |
| 02/13/2018 | 1021 | Space Plus Self Storage | Rent Invoice for February & March 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $780.80 | $1,124,123.10 |
| 02/22/2018 | 1022 | U.S. Bankruptcy Court | Adversary Complaint Fee Adversary Proceeding 18-01076-LMI Calderin v Bird Dog Capital LLC [ECF #287] (2.22.18) | 2700-000 | | $350.00 | $1,123,773.10 |
| 02/22/2018 | 1023 | U.S. Bankruptcy Court | Adversary Complaint Fee Adversary Proceeding 18-01077-LMI Calderin v Wright-Islam Holdings, LLC [ECF #288] (2.22.18) | 2700-000 | | $350.00 | $1,123,423.10 |
| 02/22/2018 | 1024 | U.S. Bankruptcy Court | Adversary Complaint Fee Adversary Proceeding 18-01078-LMI Calderin v Amex [ECF #289] (2.23.18) | 2700-000 | | $350.00 | $1,123,073.10 |
| 02/26/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,675.95 | $1,121,397.15 |

**SUBTOTALS** $0.00   $46,600.78

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/08/2018 | 1025 | Space Plus Self Storage | Rent Invoice #21088 for April 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $390.40 | $1,121,006.75 |
| 03/26/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,509.45 | $1,119,497.30 |
| 04/20/2018 | 1026 | Space Plus Self Storage | Rent Invoice #22235 for May 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $390.40 | $1,119,106.90 |
| 04/25/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,666.06 | $1,117,440.84 |
| 05/17/2018 | 1027 | Space Plus Self Storage | Rent Invoice #23053 for June 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $390.40 | $1,117,050.44 |
| 05/25/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,609.76 | $1,115,440.68 |
| 06/05/2018 | 1028 | U.S. Bankruptcy Court | Adversary Complaint Fee Adversary Proceeding 18-01236-LMI Calderin v 113 Boerum PL, LLC | 2700-000 | | $350.00 | $1,115,090.68 |
| 06/13/2018 | 1029 | U.S. Bankruptcy Court | Adversary Complaint Fee Adversary Proceeding 18-01246-LMI Calderin v. Brian Cunningham | 2700-000 | | $350.00 | $1,114,740.68 |
| 06/13/2018 | 1030 | U.S. Bankruptcy Court | Adversary Complaint Fee Adversary Proceeding 18-01247-LMI Calderin v. The 82 Group, LLC | 2700-000 | | $350.00 | $1,114,390.68 |
| 06/18/2018 | 1031 | Space Plus Self Storage | Rent Invoice #24195 for July 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $390.40 | $1,114,000.28 |
| 06/25/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,660.15 | $1,112,340.13 |
| 07/24/2018 | 1032 | Space Plus Self Storage | Rent Invoice #25183 for August 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $390.40 | $1,111,949.73 |
| 07/25/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,602.86 | $1,110,346.87 |
| 07/26/2018 | ( 15) | Agentis PLLC | settlement agreement Order granting settlement agreement [ECF #298] (7.9.18) | 1249-000 | $20,200.00 | | $1,130,546.87 |
| | | | | **SUBTOTALS** | $20,200.00 | $11,050.28 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,657.54 | $1,128,889.33 |
| 08/27/2018 | 1033 | Extra Space Storage | Rent Unit 1078, rent for September 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $391.40 | $1,128,497.93 |
| 09/07/2018 | ( 20) | Sizmek Technologies | Demand Letter PCH overpayment of an invoice. Sizmek Technologies received demand letter to turnover the overpayment and they complied. | 1249-000 | $698.91 | | $1,129,196.84 |
| 09/17/2018 | 1034 | Extra Space Storage | Rent Unit 1078, rent for October 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $390.40 | $1,128,806.44 |
| 09/19/2018 | ( 17) | NRT New York LLC | settlement Pursuant to Order granting settlement agreement [ECF #305] (9.11.18) | 1249-000 | $17,500.00 | | $1,146,306.44 |
| 09/25/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,679.94 | $1,144,626.50 |
| 10/09/2018 | ( 16) | Cheetah Digital Inc. | settlement Pursuant to Order granting settlement agreement  [ECF #309] (9.13.18) | 1249-000 | $5,000.00 | | $1,149,626.50 |
| 10/22/2018 | 1035 | Extra Space Storage | Rent Unit 1078, rent for November 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $390.40 | $1,149,236.10 |
| 10/23/2018 | (10) | American Express | Adversary Proceeding Adv. Proceeding  18-01078-LMI Calderin v. Amex [ECF #289] (2.23.18)  Order on Motion to Compromise Controversy [ECF #328] (10.29.18) | 1249-000 | $17,500.00 | | $1,166,736.10 |
| 10/24/2018 | ( 22) | Waterman Braodcasting | settlement Pursuant to Order granting settlement agreement [ECF #323] (10.15.18)  Received from BB&T ref # 2018102400002425 | 1249-000 | $15,000.00 | | $1,181,736.10 |
| 10/25/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,632.68 | $1,180,103.42 |
| | | | SUBTOTALS | | $55,698.91 | $6,142.36 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7

| Case No. | 16-17186 | | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2018 | ( 21) | 2 Cooper Square LLC | settlement Pursuant to Order granting settlement agreement [ECF #322] (10.15.18) | 1249-000 | $18,000.00 | | $1,198,103.42 |
| 11/08/2018 | 1036 | KapilaMukamal | First Interim Application - Fees Order on 1st Interim Application [ECF #331] (11.8.18) awarded 80% of fees requested | 3410-000 | | $240,457.76 | $957,645.66 |
| 11/08/2018 | 1037 | KapilaMukamal | First Interim Application - Expenses Order on 1st Interim Application [ECF #331] (11.8.18) Awarded 100% of expenses | 3420-000 | | $2,509.22 | $955,136.44 |
| 11/08/2018 | 1038 | Agentis PLLC | First Interim Application - Fees Order on 1st Interim Application [ECF #332] (11.8.18) awarded 50% of fees requested. | 3110-000 | | $85,644.50 | $869,491.94 |
| 11/08/2018 | 1039 | Agentis PLLC | First Interim Application - Expenses Order on 1st Interim Application [ECF #332] (11.8.18) Awarded 100% of expenses | 3120-000 | | $2,023.92 | $867,468.02 |
| 11/08/2018 | 1040 | Ehrenstein Charbonneau Calderin | First and Final Application Order on 1st & Final Application [ECF #333] (11.8.18), awarded 50% now & remaining 50% in connection with the TFR. | 3110-000 | | $137,500.00 | $729,968.02 |
| 11/08/2018 | 1041 | Ehrenstein Charbonneau Calderin | First and Final Application Order on 1st & Final Application [ECF #333] (11.8.18), awarded 100% of expenses | 3120-000 | | $49,879.36 | $680,088.66 |
| 11/19/2018 | ( 19) | BMW Financial Services | settlement Pursuant to Order granting settlement agreement [ECF #321] (10.15.18) | 1249-000 | $2,500.00 | | $682,588.66 |
| 11/20/2018 | 1042 | Extra Space Storage | Rent Unit 1078, rent for December 2018 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $390.40 | $682,198.26 |
| 11/26/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,718.39 | $680,479.87 |
| 12/07/2018 | (9) | Michael C Hall Revocable Trust | settlement Pursuant to Order granting settlement agreement [ECF # 333] (11.8.18) | 1249-000 | $27,500.00 | | $707,979.87 |
| | | | **SUBTOTALS** | | **$48,000.00** | **$520,123.55** | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/17/2018 | ( 18) | Duggan Bertsch, LLC | settlement Pursuant to Order granting settlement agreement [ECF #320] (10.15.18) | 1249-000 | $22,500.00 | | $730,479.87 |
| 12/17/2018 | 1043 | Extra Space Storage | Rent Unit 1078, rent for January 2019 Pursuant to Order [ECF #210] (8.8.17) | 2410-000 | | $409.45 | $730,070.42 |
| 12/26/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,326.73 | $728,743.69 |
| 01/25/2019 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,054.97 | $727,688.72 |
| 02/25/2019 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,082.78 | $726,605.94 |
| 02/28/2019 | 1044 | Shred Monkeys | Administrative Expense Pursuant to Order [ECF #340] (1.16.19) | 2990-000 | | $2,316.00 | $724,289.94 |
| 03/19/2019 | | Debtoutlet LLC | Report of Sale [ECF #355] (4.8.19) | * | $6,500.00 | | $730,789.94 |
| | {11} | | Report of Sale [ECF #355] (4.8.19)        $1,876.55 | 1249-000 | | | $730,789.94 |
| | {12} | | Report of Sale [ECF #355] (4.8.19)        $2,432.30 | 1249-000 | | | $730,789.94 |
| | {13} | | Report of Sale [ECF #355] (4.8.19)        $2,191.15 | 1249-000 | | | $730,789.94 |
| 03/25/2019 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $976.69 | $729,813.25 |

| | | | | SUBTOTALS | $29,000.00 | $7,166.62 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 9

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/12/2019 | | Bradley Arant Wire Transfer | Adversary Proceeding Order granting settlement agreements with : Wright-Islam Holdings, LLC / Islam Ahmad / Sherman Wright / Eugene Novosad [ECF #353] (3.21.19)<br><br>Wire reference # 190410151158VT00<br>Received from: City National Bank of FL<br>Transaction #190415-019141 | * | $75,000.00 | | $804,813.25 |
| | {9} | | Adv. Proceeding  18-01077-LMI    $65,000.00<br>Calderin v. Wright-Islam Holdi | 1249-000 | | | $804,813.25 |
| | {10} | | Adv. Proceeding  18-01078-LMI    $10,000.00<br>Calderin v. Amex | 1249-000 | | | $804,813.25 |
| 04/25/2019 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,080.26 | $803,732.99 |
| 05/28/2019 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,117.74 | $802,615.25 |
| 06/21/2019 | | Allegiance Bank | Transfer Funds | 9999-000 | | $802,615.25 | $0.00 |

SUBTOTALS    $75,000.00    $804,813.25

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10

| | |  | | |
|---|---|---|---|---|
| Case No. | 16-17186 | | Trustee Name: | Jacqueline Calderin |
| Case Name: | PCH COMMUNICATIONS, LLC | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0148 | | Checking Acct #: | ******0758 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,994,381.72 | $1,994,381.72 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $802,615.25 | |
| | | | **Subtotal** | | $1,994,381.72 | $1,191,766.47 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,994,381.72 | $1,191,766.47 | |

| For the period of  01/01/2019 to 12/31/2019 | | For the entire history of the account between 07/08/2016  to 12/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $81,500.00 | Total Compensable Receipts: | $1,994,381.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $81,500.00 | Total Comp/Non Comp Receipts: | $1,994,381.72 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,628.44 | Total Compensable Disbursements: | $1,191,766.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $7,628.44 | Total Comp/Non Comp  Disbursements: | $1,191,766.47 |
| Total Internal/Transfer  Disbursements: | $802,615.25 | Total Internal/Transfer  Disbursements: | $802,615.25 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 11

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Allegiance Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******9062 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/21/2019 | | Union Bank | Transfer Funds | 9999-000 | $802,615.25 | | $802,615.25 |
| 07/16/2019 | (9) | Sherman Wright and Ahmad Islam | Order granting settlement agreements with : Wright-Islam Holdings, LLC / Islam Ahmad / Sherman Wright / Eugene Novosad [ECF #353] (3.21.19)  wire IMAD: 20190716B1QGC08C021997 & 20190716MMQFMP9H002083 | 1249-000 | $50,000.00 | | $852,615.25 |
| | | | TOTALS: | | $852,615.25 | $0.00 | $852,615.25 |
| | | | Less: Bank transfers/CDs | | $802,615.25 | $0.00 | |
| | | | Subtotal | | $50,000.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $50,000.00 | $0.00 | |

| For the period of 01/01/2019 to 12/31/2019 | | For the entire history of the account between 06/22/2019 to 12/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $50,000.00 | Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 | Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $802,615.25 | Total Internal/Transfer Receipts: | $802,615.25 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 12

| Case No. | 16-17186 | Trustee Name: | Jacqueline Calderin |
|---|---|---|---|
| Case Name: | PCH COMMUNICATIONS, LLC | Bank Name: | Allegiance Bank |
| Primary Taxpayer ID #: | **-***0148 | Checking Acct #: | ******9062 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,044,381.72 | $1,191,766.47 | $852,615.25 |

| **For the period of 01/01/2019 to 12/31/2019** | | **For the entire history of the account between 06/22/2019 to 12/31/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $131,500.00 | Total Compensable Receipts: | $2,044,381.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $131,500.00 | Total Comp/Non Comp Receipts: | $2,044,381.72 |
| Total Internal/Transfer Receipts: | $802,615.25 | Total Internal/Transfer Receipts: | $802,615.25 |
| | | | |
| Total Compensable Disbursements: | $7,628.44 | Total Compensable Disbursements: | $1,191,766.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,628.44 | Total Comp/Non Comp Disbursements: | $1,191,766.47 |
| Total Internal/Transfer Disbursements: | $802,615.25 | Total Internal/Transfer Disbursements: | $802,615.25 |